UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JUAN GERARDO REGALADO ARAIZA,<br><br>Petitioner,<br><br>v.<br><br>MARCELLO VILLEGAS, et al.,<br><br>Respondents. | No. 1:26-CV-485-H |

**ORDER**

On September 24, 2026, Juan Gerardo Regalado Araiza filed a petition for a writ of habeas corpus, seeking his immediate release from detention at Bluebonnet Detention Facility or a bond hearing. Dkt. No. 1. The respondents have not answered or been served. *See id.* On October 7, Regalado Araiza filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), explaining that on October 5, he was removed from the United States to Mexico. Dkt. No. 5 at 1.

The Court has also reviewed the ICE online detainee locator and takes judicial notice of the fact, as of today, Regalado Araiza is no longer in ICE custody.[1] Therefore, Regalado Araiza's petition is now moot. Although Regalado Araiza purports to voluntarily dismiss his case, the Court was deprived of jurisdiction upon Regalado Araiza's removal. Accordingly, the Court dismisses the petition for lack of jurisdiction.

So ordered on October 8, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

[1] *See* Online Detainee Locator System, U.S. IMMIGR. & CUSTOMS ENF'T, https://locator.ice.govlodls/#/search (last visited Oct. 8, 2026).